**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:23−cr−00555
Honorable Franklin U. Valderrama

Carl Fioravanti

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama. As to Carl Fioravanti: Defendant pled guilty to Count(s) One (1) and Two (2) of the Superseding Information [91]. The Defendant is sentenced to: Eighty (80) months as to Count 1; Thirty−six (36) months as to Count 2. Terms to run concurrently. Upon release from imprisonment, Defendant shall be on supervised release for a total term of: Two (2) years as to Count One (1); One (1) year as to Count Two (2). Terms to run concurrently. The Court imposes a $200.00 special assessment. No fines are imposed for the Defendant. The Court directs the Government to submit more detailed information supporting its request for restitution owed to Victim A to the Court and the defense by 10/1/2026. Once the Government has provided that information to the defense, the Court strongly encourages the parties to come to an agreement about the amount of restitution. If the parties are able to reach an agreement, they should file a joint status report so notifying the Court on or before 10/15/2026. If they cannot, then the Court directs the Government to file a supplemental sentencing memorandum in support of its restitution request on or before 10/22/2026; the defense is directed to file a response on or before 11/5/2026; and the Government is directed to file a reply by 11/13/2026. The Court sets a continued hearing to determine the restitution amount for 12/3/2026 at 9:30 a.m. in courtroom 1941. That date will be stricken if the parties agree on the amount of restitution. All Counts of the Superseding Indictment [38] are dismissed on the motion of the United States. The Court directs Defendant to file the character letters handed to the Court during the sentencing hearing on the docket on or before 9/18/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.